USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAYLOR PRECISION PRODUCTS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>THE LARIMER GROUP, INC., F/K/A METROKANE, INC. ET AL.,<br><br>Defendants. | 15-cv-04428 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' letters on the award of pre- and post-judgment interest on Plaintiff's compensatory damages award. ECF Nos. 181-184. The Court construes these letters as pre-motion conference submissions moving for and opposing leave to file an anticipated motion for an award of pre- and post-judgment interest. *Id.* Plaintiff's request for a pre-motion conference is **DENIED.** Plaintiff is hereby **GRANTED** leave to file a motion for an award of interest as described in ECF No. 182. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    October 30, 2023

    **Opposition:**    November 3, 2023

    If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **October 27, 2023**.

**SO ORDERED.**

Dated:    October 24, 2023
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**