UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TAYLOR PRECISION PRODUCTS, INC,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>**THE LARIMER GROUP, INC. F/K/A METROKANE, INC., ET AL, et al.,**<br><br>　　　　　　　　　　　Defendants. | 15-cv-4428<br><br><u>ORDER OF DISCONTINUANCE</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:　January 23, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**