UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TAYLOR PRECISION PRODUCTS, INC,**<br><br>Plaintiff,<br><br>-against-<br><br>**THE LARIMER GROUP, INC. F/K/A METROKANE, INC., ET AL, et al.,**<br><br>Defendants. | 15-cv-4428<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Court's January 23, 2025 order discontinuing the action (ECF No. 205) and subsequent February 20, 2025 order of dismissal (ECF No. 208), the Court respectfully directs the Clerk of Court to close this action.

**SO ORDERED.**

Dated:   April 15, 2025
         New York, New York

_/s/ Andrew L. Carter_
**ANDREW L. CARTER, JR.**
**United States District Judge**